People v Antoine B. (2023 NY Slip Op 01965)

People v Antoine B.

2023 NY Slip Op 01965

Decided on April 18, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 18, 2023

Before: Kapnick, J.P., Moulton, Kennedy, Mendez, Pitt-Burke, JJ. 

Ind. No. 1184/16 Appeal No. 62 Case No. 2018-2031 

[*1]The People of the State of New York, Respondent,
v
Antoine B., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Benjamin Welikson of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (John T. Komondorea of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Nicholas J. Iacovetta, J.), rendered September 15, 2017, convicting defendant, upon his plea of guilty, of robbery in the first degree, adjudicating him a youthful offender, and sentencing him to a conditional discharge, unanimously affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545, 559-560 [2019], cert denied 589 US , 140 S Ct 2634 [2020]; People v Lopez, 6 NY3d 248, 256 [2006]), which "preclude[s] review of [his] argument[] that the mandatory surcharges and fees imposed . . . at sentencing should be vacated based on his youthful offender status or pursuant to CPL 420.35(2-a)" (People v Count C., 206 AD3d 496, 496 [1st Dept 2022], lv denied 38 NY3d 1187 [2022]). In any event, we find no basis to vacate the surcharge and fees.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 18, 2023